# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **CV 22-7571-GW (JPRx)**     Date: **October 20, 2022**
Title: **Stingray IP Sols., LLC v. TP-LINK Techs. Co.**

===============================================================

DOCKET ENTRY: **Order Denying Without Prejudice Plaintiff's Motion to Compel Discovery (docket entry 80)**

===============================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:
None present     None present

**PROCEEDINGS: (IN CHAMBERS)**

    This case was transferred to this District from the Eastern District of Texas on October 13, 2022. Pending at the time was Plaintiff's motion to compel discovery from Defendants. The motion does not comply with our Local Rule 37 or other rules applicable to motions filed in this Court. The motion is therefore DENIED without prejudice to its refiling in full compliance with Local Rule 37 – including meeting and conferring, preparation of a joint stipulation, and the setting of an appropriate hearing date – and any scheduling order issued by the District Judge.

    Further, counsel filed documents under seal without an application to do so, apparently relying on the transferring district's local rules. The Court will leave docket entry 82 sealed, but in the future counsel must comply with Local Rule 79-5 if they desire to file anything under seal.

    cc: Judge Wu

MINUTES FORM 11     Initials of Deputy Clerk: bm
CIVIL-GEN